UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 08-20166-TP-SEITZ

UNITED STATES OF AMERICA

        Plaintiff,

vs.

RAMON SOSA,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to United States Magistrate Judge Garber on March 22, 2016. A Report and Recommendation was filed on June 13, 2016 recommending payment in the amount of $3,954.25 as to voucher number FLS104512. The Court has conducted a de novo review of the entire file and notes that no objections to the Report were filed. Accordingly, it is

**ORDERED** that the Report and Recommendation of United States Magistrate Judge Barry L. Garber, is hereby Adopted and Approved. The Court Authorizes payment in the amount of **$3,954.25.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30 day of June, 2016.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Garber
       Marc Seitles, Esq.
       CJA Administrator